**Order entered February 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01200-CR

**BOBBY CARL SCHULE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80586-2012**

## ORDER

The Court **REINSTATES** the appeal.

On January 13, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On January 31, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the January 13, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
          JUSTICE